ON MOTION FOR CLARIFICATION
 

 WELLS, Chief Judge.
 

 On consideration of the motion for clarification filed by the Miguel Giraldo, the Court withdraws its previous opinion and substitutes the following opinion.
 

 Affirmed.
 
 See Smith v. State,
 
 79 So.3d 127 (Fla. 3d DCA 2012);
 
 Little v. State,
 
 77 So.3d 722 (Fla. 3d DCA 2011);
 
 Adams v. State,
 
 76 So.3d 367 (Fla. 3d DCA 2011) (holding that section 893.13, as amended by section 893.101, Florida Statutes (2002), is constitutional);
 
 see also Flagg v. State,
 
 74 So.3d 138, 141 (Fla. 1st DCA 2011) (citing
 
 State v. Adkins,
 
 71 So.3d 184 (Fla. 2d DCA 2011) [review granted, 71 So.3d 117 (Fla.2011) ], and acknowledging “uncertainty caused by
 
 [Shelton v. Secretary, Department of Corrections,
 
 802 F.Supp.2d 1289 (M.D.Fla.2011) ]” but reaffirming its view that section 893.13 is constitutional).